UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WANDA GALE GRUBBS | : | CIVIL ACTION NO.: _____ |
| VERSUS | : | JUDGE: _____ |
| CANAL INSURANCE COMPANY AND ROBERTO LEON-LOPEZ D/B/A LEON'S TRANSPORT | : | MAGISTRATE: _____ |
| | : | JURY TRIAL REQUESTED |

## **PETITION FOR REMOVAL**

NOW INTO COURT, through undersigned counsel come Defendants, CANAL INSURANCE COMPANY AND ROBERTO LEON-LOPEZ D/B/A LEON'S TRANSPORT. Petitioners in this removal action (Petitioners) who with respect show that:

1.

Petitioners were made defendants in the action titled *"Wanda Gale Grubbs v. Canal Insurance Company, et al,"* Suit Number C2020-0121, Thirty-Sixth Judicial District Court, Beauregard Parish.

2.

This action was commenced on February 6, 2020 when the Plaintiff filed her Petition for Damages in the Thirty-Sixth Judicial District Court, Beauregard Parish, where it remains pending.

3.

Petitioners have answered the state court suit.

4.

Petitioners were served on the following dates: Canal Insurance Company was served March 6, 2020; Roberto Leon-Lopez d/b/a Leon's Transport was served on February 24, 2020.

1

5.

Removal of this matter is timely because the notice of removal is being filed within 30 days of when the Petitioners' received notice that parties are completely diverse under 28 U.S.C. 1446(b)(3).

6.

Plaintiff, Wanda Gale Grubbs, was at the time of filing this lawsuit domiciled in Beauregard Parish, Louisiana and is therefore a citizen of Louisiana; however, Ms. Grubbs did not identify her place of residence or domicile in her Petition for Damages.

7.

Defendant, Roberto Leon-Lopez d/b/a Leon's Transport, was at the time of the filing of this lawsuit and remains domiciled in Garland, Texas. He is therefore a citizen of Texas.

8.

Canal Insurance Company is a South Carolina corporation with its principal place of business in Greenville, South Carolina. It is therefore a citizen of South Carolina.

9.

The plaintiff is a citizen of Louisiana. Defendants are citizens of Texas and South Carolina; therefore, complete diversity of citizenship exists based on 28 U.S.C. §1332(a)(3).

10.

Plaintiff's petition is silent as to the amount of damages allegedly sustained as a result of this accident; however, Plaintiff seeks damages for herself. Plaintiff itemizes her damages as follows:

        A.    Past, present, and future pain and suffering;
        B.    Past, present, and future loss of enjoyment of life;
        C.    Past, present, and future loss of wages and earning capacity;

       D.      Past, present, and future living expenses;
       E.      Past, present, and future medical expenses;
       F.      Past, present, and future emotional distress;
       G.      Past, present, and future consortium, society, and services;
       H.      Past, present, and future interest;
       I.      Past, present, and future costs.

11.

In her deposition on January 28, 2021, Ms. Grubbs testified that she continues having chronic back problems; her treatment was limited because of Covid; she is scheduling additional treatment including spinal injections and that in one of her last consultations with her physician, he suggested that if injection therapy does not work, "I would probably have to have surgery."

12.

Ms. Grubbs has accrued $15,000 in medical bills with limited treatment due to the pandemic.

13.

Numerous times with the litigation pending, Defendants have requested a settlement demand but none has been forthcoming.

14.

Based on the foregoing, Defendants allege Plaintiff's damages are greater than $75,000.00, therefore, this court has original jurisdiction pursuant to 28 U.S.C. § 1332.

15.

Petitioners file herewith a copy of all pleadings filed in this action in state court (Collective Exhibit A).

16.

To the knowledge of Petitioners, no additional process, pleadings, or orders have been filed in this action.

17.

On the same date as the filing of this notice, written notice was duly mailed to Plaintiff's counsel of record, Charles Sam Jones, Charles Sam Jones Law, LLC, 105 North Stewart Street, Post Office Box 995, DeRidder, Louisiana 70634 and a copy of the Notice of Removal has been mailed to the 26th Judicial District Court, Parish of Beauregard, State of Louisiana for filing, in cause number C2020-0121.

WHEREFORE, Petitioners, CANAL INSURANCE COMPANY AND ROBERTO LEON-LOPEZ D/B/A LEON'S TRANSPORT pray that this action be removed from the 36th Judicial District Court, Beauregard Parish, Louisiana to the United States District Court for the Western District of Louisiana pursuant to *28 U.S.C.A. §1332 and 28 U.S.C.A. §1441*, *et seq* because the U.S. District Court for the Western District of Louisiana is the federal judicial district that embraces the 36th Judicial District Court for Beauregard Parish, Louisiana where this action was originally filed.

FURTHER PRAY that Petitioners be granted a trial by jury as to all issues triable by jury.

        Respectfully submitted,

        The Dill Firm, A.P.L.C.

By:    */s/ David R. Rabalais*
      DAVID R RABALAIS (Bar Roll # 17759)
      825 Lafayette Street
      Post Office Box 3324
      Lafayette, Louisiana 70502-3324
      Telephone: (337) 261-1408, ext. 229
      Facsimile: (337) 261-9176
      Email: DRabalais@dillfirm.com
      ATTORNEY FOR DEFENDANTS